UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE SHEET METAL
WORKERS' LOCAL UNION NO. 80
PENSION TRUST FUND,

                Plaintiff,

v.                                              Case Number 10-12154
                                              Honorable David M. Lawson

WINCHESTER LAND, L.L.C.,
and WG HEATING LLC,

                Defendants.
_____/

**ORDER DENYING *EX PARTE* MOTION FOR ENTRY OF ORDER MODIFYING RESTRAINING ORDER AND AUTHORIZING DISBURSEMENT OF GARNISHED FUNDS**

The matter is before the Court on the plaintiff's *ex parte* motion for entry of order modifying restraining order and authorizing disbursement of garnished funds. The Court finds that it is improper to adjudicate this motion on an *ex parte* basis. All of the parties have a right to notice and an opportunity to be heard. *See Fuentes v. Shevin*, 407 U.S. 67, 90-91 (1972). Therefore, the Court will deny the plaintiff's motion without prejudice. It may be resubmitted as a motion in compliance with the local rules. *See* E.D. Mich. LR 7.1.

Accordingly, it is **ORDERED** that the plaintiff's *ex parte* motion for entry of order modifying restraining order and authorizing disbursement of garnished funds [dkt. #101] is **DENIED WITHOUT PREJUDICE**.

                                                s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated: September 2, 2011

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 2, 2011.

                                  s/Deborah R. Tofil
                                  DEBORAH R. TOFIL